IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

L. RAY BROOKS,

       Petitioner,

v.

KEVIN ODUM,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1230

Opinion filed June 23, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

L. Ray Brooks, pro se, Petitioner.

Kevin Odum, pro se, Respondent.

PER CURIAM.

       DENIED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.